UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE WU, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>– against –<br><br>FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, *and* STEPHANIE PHAIR,<br><br>      Defendants. | **ORDER**<br><br>23-cv-10982 (ER) |
| MICHAEL RAGAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>– against –<br><br>FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, *and* STEPHANIE PHAIR,<br><br>      Defendants. | 24-cv-00532 (ER) |

Ramos, D.J.:

  Pending before the Court are five motions that appear to be unresolved in the consolidated cases *Ragan v. Farfetch Limited, et al.*, 24-cv-00532, Docs. 33, 34, 36, and *In Re Farfetch Limited Securities Litigation*, 23-cv-10982, Docs. 5, 8.

  *Ragan v. Farfetch Limited* was initially filed in the U.S. District Court for the District of Maryland and then transferred to the Southern District of New York on January 25, 2024, and given the case number 24-cv-00532, Doc. 53. While *Ragan* was pending in Maryland, five motions to be appointed lead plaintiff and approve lead plaintiff's selection of counsel were filed

on December 19 and 20, 2023.[1]  Of the five pending motions, plaintiff Tamim Altamimi's motion, Doc. 33, was rendered moot when he subsequently filed a notice of withdrawal of that motion on January 2, 2024, Doc. 44.  Plaintiff Eduardo Archer Veloso Martins' motion, Doc. 36, was rendered moot when he subsequently filed a notice of non-opposition to competing motions on the same day, Doc. 43.  Plaintiff Kaundria West's motion, Doc. 34, was rendered moot when she subsequently filed a notice of non-opposition to competing motions on January 8, 2024, Doc. 48.  The remaining two motions—by plaintiffs Fernando Sulichin, Doc. 35, and Yuanzhe Fu, Doc. 38—were granted on January 17, 2024, when Judge Matthew J. Maddox entered an order appointing them as co-lead plaintiffs.  Doc. 50

In the related case, *In Re Farfetch Limited Securities Litigation*, 23-cv-10982, two motions to be appointed lead plaintiff and approve lead plaintiff's selection of counsel were filed with this Court on December 19, 2023.  Docs. 5, 8.  Of the motions, plaintiff Dr. Michael Bievetski's motion, Doc. 5, was rendered moot when he subsequently filed a notice of non-opposition to competing motions on January 2, 2024, Doc. 14.  Plaintiff Eduardo Archer Veloso Martins' motion, Doc. 8, was rendered moot when he subsequently filed a notice of non-opposition to competing motions on the same day, Doc. 15.  On February 6, 2024, the Court ordered the consolidation of cases 24-cv-00532 and 23-cv-10982 and that co-lead plaintiffs and counsel appointed in *Ragan* continue to serve as Co-lead Plaintiffs and counsel in the consolidated action.  Doc. 23 ¶ 5.

Accordingly, the Clerk of the Court is respectfully directed to terminate the motions, Documents 5 and 8 in 23-cv-10982, and Documents 33, 34, and 36 in 24-cv-00532.

---

[1] Those motions were docketed as numbers 33, 34, 35, 36, and 38 in case number 23-cv-02857.

It is SO ORDERED.

Dated: July 12, 2024
New York, New York

                                                                  Edgardo Ramos, U.S.D.J.

3