UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RAGAN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

FARFETCH LIMITED, JOSÉ NEVES, ELLIOT JORDAN, and STEPHANIE PHAIR,

Defendants.

**ORDER**

24-cv-00532 (ER)

RAMOS, D.J.:

On October 20, 2023, Plaintiff Michael Ragan commenced a securities fraud class action against Defendants in the United States District Court for the District of Maryland, No. 8:23-cv-02857-MJM (D. M.d.) (the "Ragan Maryland Action"). On December 19, 2023, Jasmine Wu commenced a substantively identical action in this Court, No. 1:23-cv-10982-ER-KHP (S.D.N.Y.) (the "Wu SDNY Action"). On January 22, 2024, the Ragan Maryland Action court transferred the case to this Court, resulting in the above-captioned action, No. 1:24-cv-00532-ER. Docs. 52, 53. On February 2, 2024, the parties in the Wu SDNY Action and the above-captioned action filed a stipulation of consolidation. Doc. 56. On February 6, 2026, the Court consolidated the cases for all purposes under Wu SDNY Action. Doc. 57. On December 18, 2025, Defendants moved to dismiss both the Wu SDNY Action and the above-captioned action. Wu SDNY Action, Doc. 79. On September 29, 2026, the Court granted Defendants' motion to dismiss both actions. Doc. 70. However, only the Wu SDNY Action was closed at that time.

Because the Court dismissed the consolidated case, the Clerk of the Court is respectfully directed to close the above-captioned action, No. 24-cv-00532-ER.

It is SO ORDERED.

Dated: November 11, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.